**99–1481.   Amoco Oil Co. v. Petroleum Underground Storage Tank Release Comp. Bd.**
Montgomery App. No. 17672. Reported at 89 Ohio St.3d 477, 733 N.E.2d 592. On motion for

reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

RESNICK, J., not participating.